1   JOSHUA A. ZIELINSKI
    BRIAN S. WOLFSON
2   O'Toole Scrivo, LLC
    14 Village Park Road
3   Cedar Grove, NJ 07009
    Telephone:     (973) 239-5700
4   Facsimile:      (973) 239-3400
    Email:         jzielinski@oslaw.com
5                  bwolfson@oslaw.com

6   JOSEPH EHRLICH - #84359
    MARK R. MEYER - #238231
7   Losch Ehrlich & Meyer- Attorneys at Law
    750 Battery Street, Suite 700
8   San Francisco, CA 94111
    Telephone:     (415) 956-8400
9   Facsimile:      (415) 956-2150
    Email:         je@losch-ehrlich.com
10                 mm@losch-ehrlich.com

11  Attorneys for Plaintiff
    Crum & Forster Indemnity Co.

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15  Crum & Forster Indemnity Co.,              Civil Action No. 3:20-cv-00127-LB

16              Plaintiff,                     **SECOND AMENDED COMPLAINT FOR:**
                                                  **1.  Breach of Contract**
17          v.                                    **2.  Breach of Contract**
                                                  **3.  Negligence**
18  Robb Report Media, LLC;                       **4.  Negligence**
    Robb Douglas Rice;
19  Anatoly Borokhovich; and                  **DEMAND FOR JURY TRIAL**
    Emil Borokhovich,
20
                Defendants.
21

22  AND CROSS-CLAIM.

23

24

25                            <u>**COMPLAINT**</u>

26          Plaintiff, Crum & Forster Indemnity Co. ("Crum & Forster") a/s/o Ferrari North America,

27  Inc. ("Ferrari"), by and through its undersigned counsel, alleges the following against Defendants,

28

_____

Second Amended Complaint                                                      1
Case No. 3:20-cv-00127-LB

Robb Report Media, LLC ("Robb Report"), Robb Douglas Rice ("Rice"), Emil Borokhovich ("E. Borokhovich") and Anatoly Borokhovich ("A. Borokhovich") (collectively, "Defendants"):

**PARTIES**

1.      Crum & Forster is a corporation domiciled in the State of New Jersey with a principal place of business at 305 Madison Avenue, Morristown, New Jersey.

2.      Ferrari is a corporation domiciled in the State of New Jersey with a principal place of business at 250 Sylvan Avenue, Englewood Cliffs, New Jersey.

3.      Crum & Forster issued an insurance policy to Ferrari insuring a 2018 Rosso Corsa, Nero, Ferrari 812 Superfast with Vin number 234331 (the "Vehicle"), pursuant to policy number 133742919 (the "Policy").

4.      At all times material hereto, Crum & Forster was licensed to issue insurance policies in the State of New Jersey.

5.      Upon information and belief, Robb Report is a limited liability company organized pursuant to the laws of the State of California with a principal place of business at 11175 Santa Monica Boulevard, Los Angeles, California.

6.      Upon information and belief, Rice is a citizen of the State of California with an address of 712 Longfellow Avenue, Hermosa Beach, California.

7.      Upon information and belief, A. Borokhovich is a citizen of the State of California with an address of 11664 El Cerro Lane, Studio City, California.

8.      Upon information and belief, E. Borokhovich is a citizen of the State of California with an address of 5901 W. Olympic Blvd., Suite 103, Los Angeles, CA, 90036.

**JURISDICTION AND VENUE**

9.      This Court possesses original jurisdiction pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of value of $75,000.00 exclusive of interest and costs, and the matter in controversy is between citizens of different states.

10.     Venue is proper in the United States District Court of the Northern District of California under 28 U.S.C. § 84(a) and 28 U.S.C. § 1391(b)(2), because it is the judicial district where the injury occurred.

**FACTUAL ALLEGATIONS**

**THE VEHICLE AND AUTHORIZED OPERATORS**

11.     Ferrari is a manufacturer and distributor of fine Italian motor vehicles.

12.     Ferrari also loans vehicles to individuals and entities for both short and long term use.

13.     On or about October 19, 2018, Robb Report and Ferrari entered into an Agreement and Authorization to loan to Robb Report the Vehicle for use as part of its Car of the Year review.

14.     Robb Report knew and understood that its receipt of the Vehicle was conditioned upon agreement to the Agreement and Authorization.  By taking possession of the Vehicle Robb Report accepted and executed the terms and conditions of the Agreement and Authorization.

15.     The borrower of the Vehicle was identified in the Authorization as "*Robb Report* Car of the Year."  *See* **Exhibit A**.

16.     Rice represented to Ferrari that he would be the authorized driver of the Vehicle and provided his contact information and driver's license to Ferrari's records.  *See* **Exhibit A**.

17.     Pursuant to Section 1 of the Agreement, "[Robb Report] agrees that it shall be responsible for damage to the vehicle(s) borrowed under the Vehicle Loan Authorization Form which is attached and incorporated by reference."

18.     Pursuant to Section 3 of the Agreement, "[Robb Report] agrees that no one, other than authorized drivers shall be permitted to operate the Vehicle, unless prior authorization is obtained from [Ferrari]."

19.     Pursuant to Section 4 of the Agreement, "[Robb Report] agrees to return the Vehicle in the same condition as received, except for normal wear and tear[.]"

**THE ROBB REPORT CAR OF THE YEAR EVENT**

20.     RR1 by Robb Report is a membership service that allows members to "enjoy truly unique access to luxury through Robb Report's exclusive Signature Events and experience with a remarkable group of peers."  *See* RR1.com.

21.     One of the "Signature Events" hosted by RR1 is the Robb Report Car of the Year experience.

22.     In 2018, Robb Report hosted its Car of the Year experience at the Meadowood Resort in Napa, California (the "Event").

23.     The Event was conducted between October 28 and November 9, 2018.

24.     The Event markets itself as an opportunity to put attendees in the driver's seat, able to test-drive and evaluate up to thirteen luxury and performance vehicles that vie for the title of "Robb Report Car of the Year."

**THE ACCIDENT**

25.     Ferrari delivered the Vehicle to Meadowood Resort, St. Helena, California on October 21, 2018, and the Vehicle was scheduled to be returned on about November 10, 2018.

26.     Robb Report and Rice represented to Ferrari that only authorized persons who were jurors and journalists would be able to access the Vehicle.

27.     On Friday, November 2, 2018, A. Borokhovich and E. Borokhovich each executed an agreement to take possession of and drive the Vehicle.  *See* **Exhibit B** & **Exhibit C**.

28.     The agreements executed by A. Borokhovich and E. Borokhovich were executed on an iPad or similar tablet and expressly incorporated the terms and conditions of the Agreement and Authorization executed by Robb Report and Ferrari.

29.     Specifically, the agreements executed by A. Borokhovich and E. Borokhovich state that "you are agreeing to all of the terms, conditions, and stipulations laid out in all of the following forms."

30.     The forms listed in the agreements executed by A. Borokhovich and E. Borokhovich include "Ferrari Superfast Juror Vehicle Loan Agreement."

31.     "Ferrari Superfast Juror Vehicle Loan Agreement" was a link to the Agreement and Authorization, which A. Borokhovich and E. Borokhovich agreed to click and review prior to executing their respective agreements with Robb Report to take possession of and drive any of the vehicles Robb Report made available to test drive, including the Vehicle.

32.     On November 4, 2018, A. Borokovich and E. Borokovich took possession of the Vehicle.

33.     On November 4, 2018, A. Borokovich as the driver and E. Borokovich as a passenger crashed the Vehicle on Meadowood Lane in an unincorporated part of Napa County in California.

34.     Officer Kirk Paulson of the California Highway Patrol ("Officer Paulson") responded to the accident scene and took statements from all witnesses including the driver and passenger of the Vehicle, which were memorialized in a formal accident report (the "Accident Report'). A true and correct copy of the Accident Report is attached hereto as **Exhibit D**.

35.     According to Officer Paulson's report, A. Borokhovich was operating the Vehicle at the time of the accident. *See* **Exhibit D** at 1.

36.     A. Borokhovich stated to Officer Paulson that he lost control of the Vehicle while attempting to avoid another vehicle that had crossed over the double yellow line on Meadowood Lane and into his lane. *See* **Exhibit D** at 8.

37.     A. Borokhovich further stated that he was driving the speed limit when the accident occurred, which is twenty-five (25) miles per hour.

38.     E. Borokhovich could not corroborate A. Borokhovich's version of the accident.

39.     Officer Paulson also spoke with a witness, Victor Perez ("Perez"), who stated that he was working the front gate at the Meadowood Resort when he observed the Vehicle exit the resort, followed by the sound of rapid acceleration and a loud crash.

40.     Perez further stated to Officer Paulson that he then entered his vehicle and drove to the crash scene.

41.     Perez reported that no other vehicles had driven past him between the time the Vehicle left the resort and his arrival at the scene of the accident.

42.     Officer Paulson also conducted a physical examination of the Vehicle, the road, the tree that the Vehicle crashed into, and other physical evidence such as tire marks and dirt marks present at the scene of the accident.

43.     After review of the physical evidence and the statements made by the witnesses, Officer Paulson concluded that A. Borokhovich was at fault for the accident and the accident was caused because A. Borokhovich lost control of the Vehicle by executing an unsafe turn at speeds in excess of twenty-five miles per hour.

1      44.      As a result of the unsafe operation of the Vehicle by A. Borokhovich, the Vehicle was

2   determined to be a total loss following the accident, causing Ferrari to suffer damages.

3      45.      After the accident, Ferrari made a claim under the Policy and Crum & Forster paid

4   Ferrari $292,508.35 as compensation for its loss.  A true and correct copy of the Proof of Loss and

5   the Letter to Ferrari enclosing payment are attached hereto as **Exhibits E** and **F**, respectively.

6   **FIRST CLAIM FOR RELIEF**

7   **Breach of Contract**

8   **Against Robb Report LLC**

9      46.      Crum & Forster repeats and restates each of the foregoing paragraphs as if set forth at

10   length herein.

11      47.      The Agreement and Authorization constituted a contract between Ferrari and Robb

12   Report.

13      48.      The Agreement requires Robb Report Media, LLC to be responsible for damage to

14   the Vehicle, and to indemnify Ferrari North America, Inc. for all damages or losses arising from

15   Barrower's use of the Vehicle.

16      49.      The Agreement requires Robb Report Media, LLC to return the Vehicle in the same

17   condition as received, except for normal wear and tear.

18      50.      Robb Report breached the Agreement and Authorization by failing to return the

19   Vehicle in the same condition as received and failing to pay for the amount of damages to the

20   Vehicle.

21      51.      As a result, Ferrari and Crum & Forster have suffered damages as a result of the

22   breach of the Agreement.

23      **WHEREFORE**, Crum & Forster demands a Jury Trial and judgment against Robb Report

24   for all actual, consequential, anticipatory, and statutory damages, as well as all attorneys' fees/costs,

25   interest, and other relief this Court deems appropriate.

26   **SECOND CLAIM FOR RELIEF**

27   **Breach of Contract**

28   **Against A. Borokhovich and E. Borokhovich**

52.     Crum & Forster repeats and restates each of the foregoing paragraphs as if set forth at length herein.

53.     A. Borokhovich and E. Borokhovich, as a condition to being able to participate and drive the Vehicle, executed agreements that expressly incorporated the Agreement and Authorization.

54.     By virtue of executing their respective agreements, A. Borokhovich and E. Borokhovich agreed to be responsible for damage to the Vehicle and to indemnify Ferrari North America, Inc. for all damages or losses arising from their use of the Vehicle.

55.     Further, A. Borokhovich and E. Borokhovich agreed to return the Vehicle in the same condition as received, except for normal wear and tear.

56.     Due to the incorporation of the foregoing terms into the agreements executed by A. Borokhovich and E. Borokhovich, Ferrari North America, Inc. was a third party beneficiary of those agreements.

57.     A. Borokhovich and E. Borokhovich breached the agreements they executed by failing to return the Vehicle in the same condition as received and failing to pay for the amount of damages to the Vehicle.

58.     As a result, Ferrari and Crum & Forster have suffered damages as a result of the breach of the Agreement.

**WHEREFORE**, Crum & Forster demands a Jury Trial and judgment against A. Borokhovich and E. Borokhovich for all actual, consequential, anticipatory, and statutory damages, as well as all attorneys' fees/costs, interest, and other relief this Court deems appropriate.

### THIRD CLAIM FOR RELIEF

**Negligence**

**Against Robb Report LLC and Rice**

59.     Crum & Forster repeats and restates each of the foregoing paragraphs as if set forth at length herein.

60.     Robb Report and Rice owed a duty of care to Ferrari North America, Inc. to ensure that any individuals who took possession of or drove the Vehicle would return the vehicle in the same condition it was received.

61.     Robb Report and Rice breached that duty of care by allowing A. Borokhovich and E. Borokhovich to take possession of and drive the Vehicle.

62.     It was foreseeable that a breach of the duty of care would cause Ferrari North America, Inc. to suffer damages.

63.     The damage to the Vehicle was caused directly and proximately by the intentional, reckless, careless, and/or negligent conduct of Robb Report and Rice.

64.     The intentional, reckless, careless, and/or negligent conduct includes failing to review and monitor the use of the Vehicle, to safely operate the Vehicle, and to return the Vehicle in the condition it was received.

**WHEREFORE**, Crum & Forster demands a Jury Trial and judgment against Robb Report, and Rice, for all actual, consequential, anticipatory, and statutory damages, as well as all attorneys' fees/costs, interest, and other relief this Court deems appropriate.

## <u>FOURTH CLAIM FOR RELIEF</u>

### Negligence

### Against A. Borokhovich; and E. Borokhovich

65.     Crum & Forster repeats and restates each of the foregoing paragraphs as if set forth at length herein.

66.     A. Borokhovich and E. Borokhovich owed a duty of care to Ferrari North America, Inc. to operate the Vehicle in a safe manner and return the Vehicle in the condition it was received.

67.     A. Borokhovich and E. Borokhovich breached that duty of care by failing to operate the Vehicle in a safe manner and failing to return the Vehicle in the condition it was received.

68.     It was foreseeable that a breach of the duty of care would cause Ferrari North America, Inc. to suffer damages.

69.     The damage to the Vehicle was caused directly and proximately by the intentional, reckless, careless, and/or negligent conduct of A. Borokhovich and/or E. Borokhovich.

70.     The intentional, reckless, careless, and/or negligent conduct include failing to safely operate the Vehicle, exceeding the speed limit, and failing to return the Vehicle in the condition it was received.

**WHEREFORE**, Crum & Forster demands a Jury Trial and judgment against A. Borokhovich and E. Borokhovich for all actual, consequential, anticipatory, and statutory damages, as well as all attorneys' fees/costs, interest, and other relief this Court deems appropriate.


Dated:  June 9, 2020                          **Crum & Forster Indemnity Co. A/S/O Ferrari North America, Inc.**

                                By:     /s/  Joshua A. Zielinski
                                        O'Toole Scrivo, LLC
                                        14 Village Park Road
                                        Cedar Grove, NJ 07009


Dated:  June 9, 2020                          **LOSCH EHRLICH & MEYER**

                                By:     /s/  Joseph Ehrlich
                                        Joseph Ehrlich
                                        Mark R. Meyer
                                        Attorneys for Crum & Forster
                                        Indemnity Co.

# Exhibit A

# FERRARI NORTH AMERICA, INC.
# VEHICLE LOAN AGREEMENT

**The purpose of this Vehicle Loan Agreement is to set forth the terms and conditions upon which Ferrari North America, Inc. will loan a vehicle for press or other approved usage.**

1. Borrower (as set forth below) shall be responsible for damage to the vehicle(s) borrowed under the Vehicle Loan Authorization Form ("Vehicle[s]") which is attached and incorporated by reference. Borrower shall also release, indemnify and hold harmless Ferrari North America, Inc. ("FNA"), its parent, all subsidiaries and affiliates, from any and all claims, damages, loss or expenses attributable to property damage or bodily injury (including, but not limited to, sickness, injury and death) and property damage arising from or allegedly arising from Borrower's use of the Vehicle(s) unless, and to the extent, caused by the sole negligence of FNA. In addition, FNA requires that prior to loaning any vehicle, the Borrower(s) provide FNA with their driver's license information including state of issue and license number, and that Borrower, signing below, consents to FNA having its insurer conduct a license background check. FNA reserves the right to disallow vehicle operation by individuals who, in the sole judgment of FNA, or its insurer, possesses an adverse driving record as determined by researching applicable state motor vehicle record.

2. Borrower agrees to maintain primary Automobile Liability insurance in the amount of at least One Million Dollars ($1,000,000) per occurrence, Bodily Injury and Property Damage on the loaned Vehicle(s). A Certificate of Insurance is attached evidencing such coverage, naming "Ferrari North America, Inc., its parent, all subsidiaries and affiliates", as Additional Insureds and stipulating that such coverage applies on a primary basis.

3. Borrower agrees that no one, other than authorized drivers shall be permitted to operate the Vehicle(s), unless prior authorization is obtained from FNA. Any authorized driver must be a minimum of twenty-five (25) years of age and possess a valid driver's license. No driver shall operate the vehicle while under the influence of alcohol or drugs.

4. Borrower is also responsible for any parking tickets and moving violations incurred during Vehicle use.

5. Borrower agrees to return the Vehicle(s) in the same condition as received, except for normal wear and tear, and be responsible for maintenance of the Vehicle(s) (gas, oil, tire pressure, etc.)

6. Borrower agrees to notify FNA within (2) hours of any accident involving a vehicle. This includes verbal notification to FNA's Public Relations Department at (201) 816-2621 and submission of written accident information to that department within five (5) days of the accident.

7.   Borrower agrees to require that all occupants of the Vehicle(s) wear seat belts at all times.

IN WITNESS WHEREOF, and intending to be legally bound hereby, FNA and Borrower have each caused this Agreement to be executed and delivered by their proper and duly authorized representatives as of this 19th day of October, 2018.

(SIGNATURE ON FILE)

_____        _____
("Borrower")                      Ferrari North America, Inc.
                                  ("FNA")

## **VEHICLE LOAN AUTHORIZATION FORM**

Ferrari North America, Inc.          ("FNA')

FNA's Contact Name:          Krista Florin

Borrower's Company Name:     *Robb Report* Car of the Year

Borrower's Contact Name:      Robb Rice
                              712 Longfellow Ave.
                              Hermosa Beach, CA 90254


The following individuals are authorized to operate the noted Vehicle(s) during the time indicated in and subject to the conditions outlines in the Vehicle Loan Agreement:

| Authorized Driver(s) Name | Date of Birth | Driver's License No./State |
|---|---|---|
| Robb Douglas Rice | 7/14/1978 | F5688052 |


Borrowed Vehicle(s)

| Year | Make | Model | Color | Vin |
|---|---|---|---|---|
| 2018 | Ferrari | 812 Superfast | Rosso Corsa, Nero | 234331 |


Delivery Location:   Meadowood, St. Helena, CA          Date:  10/21/2018

Return Location:     AS ABOVE                           Date: 11/10/2018

# Exhibit B

Friday, November 2, 2018

# Car of the Year Napa Valley 2018 Driver Waivers

## 2018 Waivers

**Name**

Anatoly Borokhovich

**Email**

anatolyborokhovich@gmail.com

**Phone Number**

(323) 4045393

**Address**

12540 Burbank Blvd, #103
Valley Village, CA, 91607
United States

**I am at least 25 years old**

Yes

**My driver's license is valid with no restrictions**

Yes

**Drivers License Number**

D5778820

**Drivers License State**

California

**License Expiration**

Friday, July 21, 2023

*While we will have your license info on file,*

*you must have your drivers license with you at all times while driving.*

**Insurer**

Mercury insurance

1

**Policy Number**

040104004434087

**Phone Number**

(323) 4045393

**Emergency Contact**

Tatiana Borokhovich

**Relation**

Mother

**Emergency Contact's Phone Number**

(323) 4592693

By signing your name below you are agreeing to all of the terms, conditions, and stipulations laid out in all of the following forms. Please click each link below to review each waiver you are signing for.

### Robb Report Car of the Year Napa Valley - Waiver & Release

Aston Martin Release Waiver - Test Drive

 Bentley Automobile Loan Agreement

 BMW Loan Agreement

Ferrari Superfast Juror Vehicle Loan Agreement

Ford Mustang Vehical Loan Agreement

 Lamborghini Release, Waiver-of-Liability, Assumption-of-Risk, and Indemnity Agreement

Mercedes-Benz Waiver and Release Form

Porsche Loan Agreement

Rolls-Royce Release and Waiver of Liability

If you are unable to agree to the terms on any of the above forms, do not sign below. Please email carolineb@robbreport.com detailing the form in question. Refusal to sign any for any of the cars will result in your disqualification to drive that particular vehicle, but will not bar you from riding or judging the vehicle. In order to ride or participate in guest activities, the Robb Report Event Car of the Year Napa Valley - Waiver & Release must be signed.

**For Aston Martin, you are given the opportunity to opt in or out of their promotional materials. Please click below if you agree.**

Aston Martin would like to be able to contact you with invitations, news and information about products and services relating to Aston Martin and to be able to share your information with Aston Martin's group companies and Authorized Dealers in your local region. If you would like to receive such invitations and information, please confirm that we may use your information as described and please specify which of the following means you prefer:

Email        Telephone

Lamborghini - I agree to allow the transfer of my personal data to third parties, as well as companies belonging to the Volkswagen-Audi Group, for the purposes set forth in the relevant section of the Lamborghini Waiver. I understand that Auotomobili Lamborghini of America  will not sell my personal data to any third parties for marketing purposes.

**Signature**



*This form will be emailed to you for your files upon submission.*

_____

For any questions or concerns, please contact Caroline Barry at **carolineb@robbreport.com** or call 310-589-7664.

# Exhibit C

Friday, November 2, 2018

# Car of the Year Napa Valley 2018 Driver Waivers

## 2018 Waivers

**Name**

Emil Borokhovich

**Email**

mikanp@yahoo.com

**Phone Number**

(213) 8045678

**Address**

5901 w Olympic blvd, Suite 103
Los Angeles , CA, 90037

**I am at least 25 years old**

Yes

**My driver's license is valid with no restrictions**

Yes

**Drivers License Number**

A7286779

**Drivers License State**

CA

**License Expiration**

Thursday, October 13, 2022

*While we will have your license info on file,*

*you must have your drivers license with you at all times while driving.*

**Insurer**

Mercury Casualty Ins Co.

**Policy Number**

1

040104004434087

**Phone Number**
(8005033724)

**Emergency Contact**
Tatiana Borokhovich

**Relation**
Spouse

**Emergency Contact's Phone Number**
(323) 459693

By signing your name below you are agreeing to all of the terms, conditions, and stipulations laid out in all of the following forms. Please click each link below to review each waiver you are signing for.

### **Robb Report Car of the Year Napa Valley - Waiver & Release**

Aston Martin Release Waiver - Test Drive

 Bentley Automobile Loan Agreement

 BMW Loan Agreement

Ferrari Superfast Juror Vehicle Loan Agreement

Ford Mustang Vehical Loan Agreement

 Lamborghini Release, Waiver-of-Liability, Assumption-of-Risk, and Indemnity Agreement

Mercedes-Benz Waiver and Release Form

Porsche Loan Agreement

Rolls-Royce Release and Waiver of Liability

If you are unable to agree to the terms on any of the above forms, do not sign below. Please email carolineb@robbreport.com detailing the form in question. Refusal to sign any for any of the cars will result in your disqualification to drive that particular vehicle, but will not bar you from riding or judging the vehicle. In order to ride or participate in guest activities, the Robb Report Event Car of the Year Napa Valley - Waiver & Release must be signed.

**For Aston Martin, you are given the opportunity to opt in or out of their promotional materials. Please click below if you agree.**

Aston Martin would like to be able to contact you with invitations, news and information about products and services relating to Aston Martin and to be able to share your information with Aston Martin's group companies and Authorized Dealers in your local region. If you would like to receive such invitations and information, please confirm that we may use your information as described and please specify which of the following means you prefer:

| Email | US Mail | Telephone |
|-------|---------|-----------|

Lamborghini - I agree to allow the transfer of my personal data to third parties, as well as companies belonging to the Volkswagen-Audi Group, for the purposes set forth in the relevant section of the Lamborghini Waiver. I understand that Auotomobili Lamborghini of America  will not sell my personal data to any third parties for marketing purposes.

**Signature**

4

*This form will be emailed to you for your files upon submission.*

_____

For any questions or concerns, please contact Caroline Barry at [carolineb@robbreport.com](mailto:carolineb@robbreport.com) or call 310-589-7664.

# Exhibit D

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**TRAFFIC COLLISION REPORT**
CHP 555 PAGE 1 (REV. 04-11) OPI 060

PAGE **1** OF **9**

| SPECIAL CONDITIONS | NUMBER INJURED | HIT & RUN FELONY | CITY | JUDICIAL DISTRICT | LOCAL REPORT NUMBER |
|---|---|---|---|---|---|
| | 1 | | UNINCORPORATED | NAPA SUPERIOR CRT | 9325-2018-01207 |

| | NUMBER KILLED | HIT & RUN MISDEMEANOR | COUNTY | REPORTING DISTRICT | BEAT | DAY OF WEEK | TOW AWAY |
|---|---|---|---|---|---|---|---|
| | 0 | | NAPA | | 003 | SUNDAY | ☒ YES   ☐ NO |

**LOCATION**

| COLLISION OCCURRED ON: | | MO   DAY   YEAR | TIME (2400) | NCIC # | OFFICER I.D. |
|---|---|---|---|---|---|
| MEADOWOOD LANE | | 11/04/2018 | 1440 | 9325 | 013434 |

| MILEPOST INFORMATION: | GPS COORDINATES | | PHOTOGRAPHS BY: | ☒ NONE |
|---|---|---|---|---|
| | LATITUDE 38.51680° | LONGITUDE - 122.46084° | | |

| AT INTERSECTION WITH: | | STATE HWY REL |
|---|---|---|
| ☒ OR: 438 FEET EAST OF SILVERADO TRAIL | | ☐ YES   ☒ NO |

| PARTY | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | D5778820 | CA | C | L | G | 2018 | FERR 800 SUPERFAST RED | DTM13 | NJ |

| ☒ DRIVER | NAME (FIRST, MIDDLE, LAST) |
|---|---|
| | ANATOLY BOROKHOVICH |

| ☐ PEDES-TRIAN | STREET ADDRESS |
|---|---|
| | 11664 EL CERRO LN |

| ☐ PARKED VEHICLE | CITY / STATE / ZIP |
|---|---|
| | STUDIO CITY          CA   91604 |

OWNER'S NAME   ☐ SAME AS DRIVER
FERRARI NORTH AMERICA

OWNER'S ADDRESS   ☐ SAME AS DRIVER
250 SYLVAN AVE ENGLEWOOD CLIFFS NJ 07632

| ☐ BICY-CLIST | | | | | | | |
|---|---|---|---|---|---|---|---|

DISPOSITION OF VEHICLE ON ORDERS OF:   ☐ OFFICER   ☐ DRIVER   ☒ OTHER
MADELYN KLEHR-KEYES - (845)269-9279

| ☐ OTHER | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE MO  DAY  YEAR | RACE |
|---|---|---|---|---|---|---|---|
| | M | BRN | BRN | 5-09 | 170 | 07/21/1993 | O |

PRIOR MECHANICAL DEFECTS   ☒ NONE APP.   ☐ REFER TO NARRATIVE

VEHICLE IDENTIFICATION NUMBER:
ZFF83CLA330234331

| HOME PHONE | BUSINESS PHONE |
|---|---|
| (323)404-5393 | UNKNOWN |

| VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE | SHADE IN DAMAGED AREA TOP/DV |
|---|---|---|
| 01 | ☐ UNK   ☐ NONE   ☐ MINOR | |
| | ☐ MOD   ☒ MAJOR   ☐ ROLL-OVER | |

| INSURANCE CARRIER | POLICY NUMBER |
|---|---|
| MERCURY | 040104004434087 |

| DIR OF TRAVEL ON STREET OR HIGHWAY | SPEED LIMIT |
|---|---|
| N   MEADOWOOD LANE | 25 |

CA _____ DOT _____
CAL-T ____ TCP/PSC ____ MC/MX ____

---

| PARTY | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | |

| ☐ DRIVER | NAME (FIRST, MIDDLE, LAST) |
|---|---|
| | |

| ☐ PEDES-TRIAN | STREET ADDRESS |
|---|---|

OWNER'S NAME   ☐ SAME AS DRIVER

| ☐ PARKED VEHICLE | CITY / STATE / ZIP |
|---|---|

OWNER'S ADDRESS   ☐ SAME AS DRIVER

DISPOSITION OF VEHICLE ON ORDERS OF:   ☐ OFFICER   ☐ DRIVER   ☐ OTHER

| ☐ BICY-CLIST | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE MO  DAY  YEAR | RACE |
|---|---|---|---|---|---|---|---|

PRIOR MECHANICAL DEFECTS   ☐ NONE APP.   ☐ REFER TO NARRATIVE

VEHICLE IDENTIFICATION NUMBER:

| ☐ OTHER | HOME PHONE | BUSINESS PHONE |
|---|---|---|

| VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE | SHADE IN DAMAGED AREA |
|---|---|---|
| | ☐ UNK   ☐ NONE   ☐ MINOR | |
| | ☐ MOD   ☐ MAJOR   ☐ ROLL-OVER | |

INSURANCE CARRIER   POLICY NUMBER

| DIR OF TRAVEL ON STREET OR HIGHWAY | SPEED LIMIT |
|---|---|

CA _____ DOT _____
CAL-T ____ TCP/PSC ____ MC/MX ____

---

| PARTY | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | |

| ☐ DRIVER | NAME (FIRST, MIDDLE, LAST) |
|---|---|

| ☐ PEDES-TRIAN | STREET ADDRESS |
|---|---|

OWNER'S NAME   ☐ SAME AS DRIVER

| ☐ PARKED VEHICLE | CITY / STATE / ZIP |
|---|---|

OWNER'S ADDRESS   ☐ SAME AS DRIVER

DISPOSITION OF VEHICLE ON ORDERS OF:   ☐ OFFICER   ☐ DRIVER   ☐ OTHER

| ☐ BICY-CLIST | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE MO  DAY  YEAR | RACE |
|---|---|---|---|---|---|---|---|

PRIOR MECHANICAL DEFECTS   ☐ NONE APP.   ☐ REFER TO NARRATIVE

VEHICLE IDENTIFICATION NUMBER:

| ☐ OTHER | HOME PHONE | BUSINESS PHONE |
|---|---|---|

| VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE | SHADE IN DAMAGED AREA |
|---|---|---|
| | ☐ UNK   ☐ NONE   ☐ MINOR | |
| | ☐ MOD   ☐ MAJOR   ☐ ROLL-OVER | |

INSURANCE CARRIER   POLICY NUMBER

| DIR OF TRAVEL ON STREET OR HIGHWAY | SPEED LIMIT |
|---|---|

CA _____ DOT _____
CAL-T ____ TCP/PSC ____ MC/MX ____

| PREPARER'S NAME | DISPATCH NOTIFIED | REVIEWER'S NAME | DATE REVIEWED |
|---|---|---|---|

DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
TRAFFIC COLLISION CODING
HP 555 CARS PAGE2 (REV. 04-11) OPI 060

PAGE 2 OF 9

| DATE OF COLLISION (MO. DAY YEAR) | TIME(2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 1/04/2018 | 1440 | 9325 | 013434 | 9325-2018-01207 |

| PROPERTY DAMAGE | OWNER'S NAME PATRICK DAVILA | OWNER ADDRESS 900 MEADOWOOD LANE SAINT HELENA, CA 94574 | NOTIFIED ☒ YES ☐ NO |
|---|---|---|---|
| | DESCRIPTION OF DAMAGE OLIVE TREE DAMAGED. | | |

## SEATING POSITION

```
    /\
  1 2 3
  4 5 6
    7
```

1 - DRIVER
2 TO 6 - PASSENGERS
7 - STATION WAGON REAR
8 - REAR, OCC TRK, OR VAN
9 - POSITION UNKNOWN
0 - OTHER

## SAFETY EQUIPMENT

### OCCUPANTS
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP/SHOULDER HARNESS USED
H - LAP/SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED
P - NOT REQUIRED

### CHILD RESTRAINT
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

### M/C BICYCLE HELMET
| DRIVER | PASSENGER |
|---|---|
| V - NO | X - NO |
| W - YES | Y - YES |

## AIR BAG
B - UNKNOWN
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

### EJECTED FROM VEHICLE
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

## INATTENTION CODES
A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING
K - OTHER

ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.

| PRIMARY COLLISION FACTOR | | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | SPECIAL INFORMATION | 1 | 2 | 3 | MOVEMENT PRECEDING COLLISION |
|---|---|---|---|---|---|---|---|---|---|---|
| LIST NUMBER (#) OF PARTY AT FAULT | | | | | | | | | | |
| A | VC SECTION VIOLATED: 22107 CITED ☐YES ☒NO | A CONTROLS FUNCTIONING | | | | A HAZARDOUS MATERIAL | | | | A STOPPED |
| B | OTHER IMPROPER DRIVING* | B CONTROLS NOT FUNCTIONING* | | | | B CELL PHONE HANDHELD IN USE | | | | B PROCEEDING STRAIGHT |
| | | C CONTROLS OBSCURED | | | | C CELL PHONE HANDSFREE IN USE | | | | C RAN OFF ROAD |
| | | X D NO CONTROLS PRESENT / FACTOR* | X | | | D CELL PHONE NOT IN USE | | | | D MAKING RIGHT TURN |
| C OTHER THAN DRIVER* | | TYPE OF COLLISION | | | | E SCHOOL BUS RELATED | | | | E MAKING LEFT TURN |
| D UNKNOWN* | | A HEAD - ON | | | | F 78 FT MOTORTRUCK COMBO | | | | F MAKING U TURN |
| | | B SIDE SWIPE | | | | G 32 FT TRAILER COMBO | | | | G BACKING |
| | | C REAR END | | | | H | | | | H SLOWING / STOPPING |
| WEATHER (MARK 1 TO 2 ITEMS) | | D BROADSIDE | | | | I | | | | I PASSING OTHER VEHICLE |
| X A CLEAR | | X E HIT OBJECT | X | | | J | | | | J CHANGING LANES |
| B CLOUDY | | F OVERTURNED | | | | K | | | | K PARKING MANEUVER |
| C RAINING | | G VEHICLE / PEDESTRIAN | | | | L | | | | L ENTERING TRAFFIC |
| D SNOWING | | H OTHER* | | | | M | | X | | M OTHER UNSAFE TURNING |
| E FOG / VISIBILITY        FT. | | | | | | N | | | | N XING INTO OPPOSING LANE |
| F OTHER* | | MOTOR VEHICLE INVOLVED WITH | | | | O | | | | O PARKED |
| G WIND | | A NON - COLLISION | | | | | | | | P MERGING |
| LIGHTING | | B PEDESTRIAN | | | | | | | | Q TRAVELING WRONG WAY |
| A DAYLIGHT | | C OTHER MOTOR VEHICLE | 1 | 2 | 3 | OTHER ASSOCIATED FACTORS (MARK 1 TO 2 ITEMS) | | | | R OTHER* |
| B DUSK - DAWN | | D MOTOR VEHICLE ON OTHER ROADWAY | | | | A VC SECTION VIOLATED: CITED ☐YES ☐NO | | | | |
| C DARK - STREET LIGHTS | | E PARKED MOTOR VEHICLE | | | | B VC SECTION VIOLATED: CITED ☐YES ☐NO | | | | |
| D DARK - NO STREET LIGHTS | | F TRAIN | | | | | | | | |
| E DARK - STREET LIGHTS NOT FUNCTIONING* | | G BICYCLE | | | | C VC SECTION VIOLATED: CITED ☐YES ☐NO | 1 | 2 | 3 | SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS) |
| ROADWAY SURFACE | | H ANIMAL* | | | | D VC SECTION VIOLATED: CITED ☐YES ☒NO | | | X | A HAD NOT BEEN DRINKING |
| X A DRY | | X I FIXED OBJECT: OLIVE TREE | | | | E VISION OBSCUREMENT: | | | | B HBD - UNDER INFLUENCE |
| B WET | | | | | | | | | | C HBD - NOT UNDER INFLUENCE* |
| C SNOWY - ICY | | J OTHER OBJECT: | | | | F INATTENTION* | | | | D HBD - IMPAIRMENT UNKNOWN* |
| D SLIPPERY (MUDDY, OILY, ETC.) | | | | | | G STOP & GO TRAFFIC | | | | E UNDER DRUG INFLUENCE* |
| ROADWAY CONDITION(S) (MARK 1 TO 2 ITEMS) | | PEDESTRIAN'S ACTIONS | | | | H ENTERING / LEAVING RAMP | | | | F IMPAIRMENT - PHYSICAL* |
| A HOLES, DEEP RUT* | | X A NO PEDESTRIANS INVOLVED | | | | I PREVIOUS COLLISION | | | | G IMPAIRMENT NOT KNOWN |
| B LOOSE MATERIAL ON ROADWAY* | | B CROSSING IN CROSSWALK - AT INTERSECTION | | | | J UNFAMILIAR WITH ROAD | | | | H NOT APPLICABLE |
| C OBSTRUCTION ON ROADWAY* | | | | | | K DEFECTIVE VEH. EQUIP.: CITED ☐YES ☐NO | | | | I SLEEPY / FATIGUED* |
| D CONSTRUCTION - REPAIR ZONE | | C CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | | | | | | |
| E REDUCED ROADWAY WIDTH | | | | | | | | | | |
| F FLOODED* | | D CROSSING - NOT IN CROSSWALK | | | | L UNINVOLVED VEHICLE | | | | |
| G OTHER* | | E IN ROAD - INCLUDES SHOULDER | | | | M OTHER* | | | | |
| H NO UNUSUAL CONDITIONS | | F NOT IN ROAD | X | | | N NONE APPARENT | | | | |
| | | G APPROACHING / LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | |

| SKETCH | FOR SKETCH DIAGRAM, SEE PAGE 4 | MISCELLANEOUS |
|---|---|---|

INDICATE NORTH

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# INJURED / WITNESSES / PASSENGERS**

CHP 555 CARS PAGE 3 (REV 11-16) OPI 080

PAGE 3 OF 9

| DATE OF COLLISION (MO, DAY YEAR) | TIME(2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/04/2018 | 1440 | 9325 | 013434 | 9325-2018-01207 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY('X' ONE) | | | | INJURED WAS ('X' ONE) | | | | | PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SUSPECTED SERIOUS INJURY | SUSPECTED MINOR INJURY | POSSIBLE INJURY | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | | |
| ☐ # | ☐ | 25 | M | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | 1 | 1 | L | G | 0 |

NAME / D.O.B. / ADDRESS
**ANATOLY BOROKHOVICH  (07/21/1993)  11664 EL CERRO LN STUDIO CITY CA 91604**
TELEPHONE
**(323)404-5393**

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|
| **TOO SEEK OWN AID** | | |

DESCRIBE INJURIES:  **LACERATION TO LEFT HAND AND SEATBELT ABRASIONS ON LEFT CLAVICLE**

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☒ | 51 | M | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | 1 | 3 | L | G | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
**EMIL BOROKHOVICH  (10/13/1967)  5901 W. OLYPIC BLVD LOS ANGELES CA 90037**
TELEPHONE
**(323)404-5393**

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|
| | | |

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☒ # 1 | ☐ | 21 | M | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
**VICTOR PEREZ  (12/31/1996)  900 MEADOWOOD LANE SAINT HELENA CA 94574**
TELEPHONE
**(707)304-6393**

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|
| | | |

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|
| | | |

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|
| | | |

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|
| | | |

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| PREPARER'S NAME | I.D. NUMBER | MO. DAY YEAR | REVIEWER'S NAME | MO. DAY YEAR |
|---|---|---|---|---|
| **KIRK PAULSON** | 013434 | 11/04/2018 | V POMPLIANO 019659 | 11/07/2018 |

AN INTERNATIONALLY ACCREDITED AGENCY

STATE OF CALIFORNIA
## SKETCH DIAGRAM
CHP 555 Page 4(Rev. 04-11) OPI 060                                    PAGE  4  OF 9

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/04/2018 | 1440 | 9325 | 013434 | 9325-2018-01207 |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE=          )



| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| KIRK PAULSON | 013434 | 11/04/2018 | V POMPLIANO 019659 | 11/07/2018 |

STATE OF CALIFORNIA
**FACTUAL DIAGRAM**

CHP 555 Page 4(Rev. 04-11) OPI 060                                          PAGE  5  OF  9

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/04/2018 | 1440 | 9325 | 013434 | 9325-2018-01207 |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE=          )



| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| KIRK PAULSON | 013434 | 11/04/2018 | V POMPLIANO 019659 | 11/07/2018 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                          PAGE 6 OF 9

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/04/2018 | 1440 | 9325 | 013434 | 9325-2018-01207 |

1  **LEGEND**

2  **VEHICLE POINTS OF REST**

3  V-1 (left front tire) was 437 feet east of the east roadway edge of the Silverado Trail and 8' 10"

4  north of the north roadway edge of Meadowood Lane.

5  V-1 (left rear tire) was 443 feet east of the east roadway edge of the Silverado Trail and 1'10"

6  north of the north roadway edge of Meadowood Lane.

7  **PHYSICAL EVIDENCE**

8    A) Damaged olive tree.

9    B) Marks in dirt from V-1 end.

10    C) Marks in dirt from V-1 start.

11    D) Tire friction mark from V-1 end.

12    E) Tire friction mark from V-1 start.

13    F) Tire friction mark from V-1 end.

14    G) Tire friction mark from V-1 start.

15  **LOCATIONS**

16    A) 438 feet east of the east roadway edge of the Silverado Trail and 10'4" north of the north

17       roadway edge of Meadowood Lane.

18    B) 447 feet east of the east roadway edge of the Silverado Trail and 2 feet north of the north

19       roadway edge of Meadowood Lane.

20    C) 459 feet east of the east roadway edge of the Silverado Trail and 10 feet north of the north

21       roadway edge of Meadowood Lane.

22    D) 466 feet east of the east roadway edge of the Silverado Trail and 1 foot south of the north

23       roadway edge of Meadowood Lane.

24    E) 486 feet east of the east roadway edge of the Silverado Trail and 4 feet south of the north

25       roadway edge of Meadowood Lane.

26    F) 519 feet east of the east roadway edge of the Silverado Trail and 6 feet south of the north

27       roadway edge of Meadowood Lane.

28    G) 552 feet east of the east roadway edge of the Silverado Trail and 9 feet south of the north

29       roadway edge of Meadowood Lane.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| KIRK PAULSON | 013434 | 11/04/2018 | V POMPLIANO 019659 | 11/07/2018 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                                    PAGE 7 OF 9

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/04/2018 | 1440 | 9325 | 013434 | 9325-2018-01207 |

1  **FACTS**

2  **NOTIFICATION**

3  While on routine patrol, I came upon this minor injury traffic collision at approximately 1450 hours.

4  All speeds, times and measurements are approximate.  All measurements were made by roll-

5  meter.

6

7  **SCENE DESCRIPTION**

8  Meadowood Lane, at the collision scene, is a two way asphalt surfaced roadway that runs in an

9  east/west direction.  The traffic lanes are separated by solid double yellow lines.  The south side

10  of the roadway has an asphalt shoulder followed by dirt and a row of olive trees.  The north side of

11  the roadway has an asphalt shoulder followed by dirt and olive trees (See factual diagram for

12  further).

13

14  **PARTIES**

15  Party #1 (P-1/Borokhovich) was located standing near V-1.  P-1 was identified by his California

16  Driver's License.  P-1 was determined to be the driver of V-1 at the time of the collision by his own

17  admission and passenger statement.

18

19  Vehicle #1 (V-1/Ferrari 800 Superfast) was located on the north shoulder up against an olive tree

20  facing in a northwesterly direction.  V-1 sustained major damage to its front end including its front

21  bumper, hood, engine compartment and left front fender.

22

23  V-1's airbags deployed as a result of this collision.  There was no complaint of seatbelt

24  malfunction on V-1.

25

26  **PHYSICAL EVIDENCE**

27  The physical evidence consisted of damage to V-1, tire friction marks and damage to the olive

28  tree.

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| KIRK PAULSON | 013434 | 11/04/2018 | V POMPLIANO 019659 | 11/07/2018 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                          PAGE 8 OF 9

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/04/2018 | 1440 | 9325 | 013434 | 9325-2018-01207 |

1 **STATEMENTS**

2 P-1 (Borokhovich) related in essence that he was driving westbound Meadowood Lane at

3 approximately 25 MPH. As P-1 rounded a curve in the roadway, he observed an unknown car in

4 his lane. P-1 swerved to the right and into the dirt. P-1 lost control of V-1 and collided into the

5 tree. P-1 had no description of the other vehicle.

6

7 Passenger (Borokhovich) related in essence that he was the right front passenger seat of V-1.

8 Borokhovich related he was looking down at his phone when V-1 suddenly struck a tree.

9

10 Witness #1 (W-1/Perez) related in essence that he was working the front gate at the Meadowood

11 Resort. W-1 observed P-1 drive by in V-1 and exit the resort slowly. A few seconds later, W-1

12 heard V-1 accelerating rapidly followed by a loud crash. P-1 entered a vehicle and drove to the

13 collision scene. W-1 related that no other vehicles had driven past him from the time V-1 drove

14 past him until after he arrived on scene of the collision.

15

16 **OPINIONS AND CONCLUSIONS**

17 **SUMMARY**

18 P-1 (Borokhovich) was driving westbound Meadowood Lane at an undetermined speed in excess

19 of 25 MPH. P-1 entered a right hand curve in the roadway. For unknown reasons, P-1 lost

20 control of V-1 and crossed onto the north shoulder and struck an olive tree. V-1 came to rest with

21 its front end on top of the base of the olive tree facing in a northwesterly direction on the north

22 shoulder.

23

24 **AREA OF IMPACT (AOI)**

25 The AOI (V-1 vs olive tree) was 438 feet east of the east roadway prolongation of the Silverado

26 Trail and 10 feet 4 inches north of the north roadway edge of Meadowood Lane.

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| KIRK PAULSON | 013434 | 11/04/2018 | V POMPLIANO 019659 | 11/07/2018 |

STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL
PAGE 9 OF 9

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/04/2018 | 1440 | 9325 | 013434 | 9325-2018-01207 |

1 **CAUSE**

2 P-1 (Borokhovich) was determined to be at fault for this collision by being in violation of section

3 22107 VC-(unsafe turning movement).

4 The Summary, AOI and Cause were based upon statements, vehicle damage and physical

5 evidence.

6

7 **RECOMMENDATIONS**

8 None

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| KIRK PAULSON | 013434 | 11/04/2018 | V POMPLIANO 019659 | 11/07/2018 |

# Exhibit E



NJU00172947KC

## PROOF OF LOSS - AUTOMOBILE

| | | | |
|---|---|---|---|
| Policy Number: | 133742919 | Insured: | Ferrari north America Inc. |
| Type of Loss: | Collision | Loss Date: | 11/4/2018 |
| Year: | 2018 | Make: | Ferrari |
| Model: | 812 Superfast | VIN: | ZFF83CLA3J0234331 |

The above insured automobile at the time of the loss or damage belonged solely to: **Ferrari North America **, and no other person had any interest, sale contract, or otherwise.

At the time of this loss there was no other insurance on said automobile, except as follows: United States Fire Insurance Company.

The said automobile at the time of the loss or damage was being operated by: ** Permissive Driver**.

The undersigned hereby assigns and transfers to the said Company each and all claims and demands against any other party, person persons, property or corporation, arising from or connected with such loss and damage and the said Company is hereby subrogated in the place of and to the extent of the amount paid by it as hereinafter provided, and the said Company is hereby authorized and empowered to sue, compromise, or settle in my/our name or otherwise to the extent of the money paid as aforesaid.

The said loss or damage did not originated by any act, design or procurement on my/our part nor on the part of anyone having interest in the property insured, or in the said policy of insurance; nor in consequence of any fraud or evil practice done or suffered by me/us and that no property saved has in any manner been concealed.

It is expressly understood and agreed that the furnishing of the "Proof of Loss" blank to the insured or assistance in making up this statement by an adjuster or any person otherwise an agent of the Company is an act of courtesy and is not a waive of any rights of said Company.



| Cash Value | Sales Tax | Deductible Amount | Salvage | Net Loss |
|---|---|---|---|---|
| $490,043.00 | $32,465.35 | $5,000.00 | $225,000.00 | $292,508.35**Net Loss** |

The Company, is hereby authorized, requested, and empowered to pay as follows:

To:

Ferrari North America                    the sum of $$292,508.35

In full settlement and satisfaction for all loss and damage as set forth in the foregoing Proof of Loss.

In consideration of such payment said Company is hereby discharged and forever released from any and all further claim, demand or liability whatsoever for said loss and damage, under and/or by reason of said policy.

Subscribed and sworn to before me this ___15th___ of ___May___ , 2019
                                    (day of the week)        (month and date)

Signature of Policyholder  DAVID MILVERTON          Signature of Owner
**Policy Holder's Name**                           (if different than Policy Holder)

State of: ___New Jersey___

County of: ___Bergen___

___Maria Morgado___
Signature of Notary Public

My Commission Expires on:

MARIA MORGADO
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES MARCH 8, 2021

# Exhibit F

CA_20190517011438.TXT-2

 **CRUM & FORSTER®**
A FAIRFAX COMPANY

UNITED STATES FIRE INSURANCE CO.

Morristown Claims
305 Madison Ave. PO Box 1973
Morristown NJ 07962-1973

05/17/2019
Ferrari North America, Inc
Attn: Mr. Jeff Grossbard
250 Sylvan Ave
Englewood Cliffs NJ 07632

Re:   Insured Name:        FERRARI NORTH AMERICA, INC. FERRARI FINANCIAL SERVICES, INC.
      Claim Number:        NJU00172947
      Date Of Loss:        11/04/2018
      Payee Name:          Ferrari North America, Inc
      Payment Amount:      $292,508.35

## PAYMENT ENCLOSED

Dear Ferrari North America, Inc:

Enclosed is our check in the amount of $292,508.35 made payable to Ferrari North America, Inc.

If you have any questions, feel free to contact me at your convenience at 877-622-6538.

Yours truly,

Kathi Clayton

1

**CERTIFICATE OF SERVICE**

2

I, the undersigned, declare:

3

I am employed in the City and County of San Francisco. I am over the age of eighteen (18)
and not a party to the within cause. My business address is 750 Battery Street, Suite 700, San
4    Francisco, California, 94111.

5

On June 9, 2020, I served the attached document(s):

6

**SECOND AMENDED COMPLAINT FOR:**
    **1. Breach of Contract**
7    **2. Breach of Contract**
    **3. Negligence**
8    **4. Negligence**

9

**DEMAND FOR JURY TRIAL**

10   On the party(s) to this action by sending a true copy thereof, addressed as follows:

11   / X /    (BY ELECTRONIC SERVICE)  The documents were served electronically via the Court's
            CM/ECF electronic filing system.

12

Michael D. Michel, Esq.
13   Kate Morrow, Esq.
    Michel & Fackler
14   2175 North California Boulevard, Suite 550
    Walnut Creek, California 94596
15   mandflaw@michelandfackler.net
    **Attorneys for Defendant/Cross-Claimant**
16   **Robb Report Media, LLC and Defendant**
    **Robb Douglas Rice**

17

Philip A. Segal
18   Kern, Segal & Murray
    1388 Sutter Street, Suite 600
19   San Francisco, CA 94109
    phil@kndslaw.com
20   **Attorneys for Defendants/Cross-Defendants**
    **Anatoly Borokhovich and Emil Borokhovich**

21

I declare under penalty of perjury, under the laws of the United States, that the foregoing is
22   true and correct. Executed on June 9, 2020, at San Francisco, California.

23

24                                              /s/ Joseph Ehrlich
                                                Joseph Ehrlich
25

26

27

28